**Donnell DURLEY,**
**Petitioner/Appellant,**

v.

**CRIMINAL RECORDS REPOSITORY,**
**et al, Respondents.**

**NO. ED 103925**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: November 22, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 10, 2017

Donnell Durley, Pro Se.

Jennifer M. Moldthan–Lorentz, St. Louis, Missouri, for Respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

Donnell Durley prior appeals from the circuit court's judgment denying his petition for expungement of arrest records. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).